IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CRIMINAL NO: |
| v. | § EP:04-CR-2292(1)-PRM |
| | § |
| Antonio Flores (1) | § |

## ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 2, on the First Floor of the United States Courthouse, 511 E. San Antonio, El Paso, TX on **Wednesday, June 22, 2005 at 08:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 6th day of April, 2005.

PHILIP R MARTINEZ
UNITED STATES DISTRICT JUDGE